# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:18-cr-131-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO DISMISS CERTAIN |
| v. ) | PROPERTY FROM CONSENT ORDER |
| ) | AND JUDGMENT OF FORFEITURE |
| ALBERT V. STRONG ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's Motion to Dismiss Certain Property from the Consent Order and Judgment of Forfeiture (Document 19) filed June 27, 2018. The United States requests that this Court dismiss the following property, which lacks equity to merit forfeiture: one 2017 Harley Davidson Model FLHXSE CVO STR, VIN 1HD1PXF1XHB954049, titled to Albert V. Strong. For good cause, this Court hereby GRANTS the Motion, dismisses the foregoing property from the Consent Order and Judgment of Forfeiture, and hereby directs the United States to communicate with the lienholder and titleholder in order to determine the appropriate individual or entity to whom the United States should relinquish custody of the asset.

**SO ORDERED**.

Signed: July 5, 2018

David C. Keesler
United States Magistrate Judge